Craig J. Mariam (SBN: 10926)
cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9333
Facsimile: (877) 306-0043

Attorneys for Defendant
I.Q. DATA INTERNATIONAL, INC.

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Attorneys for plaintiff TONYA SOMERS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TONYA SOMERS, <br><br> Plaintiff, <br><br> v. <br><br> IQ DATA INTERNATIONAL, INC. D/B/A ASSURANT RECOVERY SOLUTIONS, <br><br> Defendant. | CASE NO. 2:18-cv-00601-RFB-CWH <br><br> *Honorable Richard F. Boulware, II* <br><br> **STIPULATION FOR DISMISSAL** |

TO THIS HONORABLE COURT:

### **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Tonya Somers and defendant I.Q. Data International, Inc., that the above-captioned action is hereby voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his, hers, and/or its respective costs of litigation, attorney's fees and expenses.

*///*

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Respectfully submitted,

Dated: June 7, 2018_____  Dated: June 7, 2018

__/s/ David H. Krieger, Esq.  __/s/ Craig J. Mariam
David H. Krieger, Esq.  Craig J. Mariam (SBN: 10926)
Nevada Bar No. 9086  cmariam@grsm.com
HAINES & KRIEGER, LLC  GORDON REES SCULLY
8985 S. Eastern Avenue  MANSUKHANI, LLP
Suite 350  300 S. 4th Street, Suite 1550
Henderson, Nevada 89123  Las Vegas, NV 89101
Attorney for Plaintiff  Attorneys for defendant I.Q. Data
International, Inc.

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of June, 2018.

-2-

STIPULATION FOR DISMISSAL
Case No. 2:18-cv-00601-RFB-CWH